UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| AARON LEE CARR, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 5:22-cv-523-LCB-GMB ) |
| WARDEN II CHADWICK CRIBTREE, *et al.*, | ) ) ) |
| Respondents. | ) |

## **ORDER**

The Magistrate Judge entered a report (Doc. 4) on May 2, 2022, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

The court **TRANSFERS** this action to the United States District Court for the Middle District of Alabama. The application for leave to proceed *in forma pauperis* (Doc. 2) is left for consideration by the judge to whom this case will be assigned.

The Clerk is **DIRECTED** to mail a copy of this order to the petitioner.

**DONE** and **ORDERED** July 5, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE